# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CIS COMMUNICATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-00389-JAR |
| ) | |
| REPUBLIC SERVICES, INC., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff CIS Communications, LLC's Amended Complaint (Doc. 26, is **DISMISSED without prejudice**.

Dated this 23rd day of March, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE